AO 466A (Rev. 12/17) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 19-332-M |
| Stephen Brown | ) | |
| *Defendant* | ) | Charging District's Case No. |

FILED ☒  LODGED ☐
RECEIVED ☐  COPY ☐
APR 15 2019
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

CR-19-352-PHX

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* _____

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.

(5) a hearing on any motion by the government for detention;

(6) request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☒ an identity hearing and production of the warrant.

☐ a preliminary hearing.

☐ a detention hearing.

☐ an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district. I request that my
☐ preliminary hearing and/or ☐ detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 4/12/19

X _____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Steven L. Bruenstein
*Printed name of defendant's attorney*

# INITIAL APPEARANCE CALENDAR

Magistrate Judge : **Sanket J. Bulsara**   Date: **4/12/19**

Magistrate Case Number: **19-332M**   LOG #: 2:30 - 2:42

Defendant's Name: **Stephen Brown**

___ Court appointed counsel.   **X** Defendant retained counsel.

Defense Counsel: **Steven Brounstein**   CJA:___   FDNY:___   RET: **X**

A.U.S.A. **Jonathan Siegel**   Clerk : **SM Yuen**

Interpreter : _____   Language: _____

✓ ARRAIGNMENT on Complaint (Removal) held.   ✓ Government Agent Sworn

___ DETENTION HEARING Held:   ___ Government opposed bail for reasons stated on the record.

✓ Bond set at $1,000,000.   ✓ Bond set on consent of both parties.

Defendant : ✓ released   ___ held pending satisfaction of bond conditions.

✓ Defendant advised of bond conditions set by the Court and signed the bond.

4 Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.

___ (Additional) surety/ies to co-sign bond by _____

___ After detention hearing, Court orders detention in custody.   ___ Leave to reopen granted

___ Temporary Order of Detention Issued. Bail Hearing set for _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

___ Preliminary Hearing set for: _____; or ___ waived by defendant

___ Status Conference set for: _____ before Judge _____

___ Medical memo issued.

**X** REMOVAL (Rule 5) PROCEEDING held. To the district of: **Arizona**

   ___ Identity hearing held. Court ___ orders removal ___ denies removal

   ✓ Defendant waives: ✓ identity hearing ___ preliminary hearing

   ___ Identity/ Removal Hearing set for: _____

   ___ No bail application presented to the Court. Commitment to the District _____ entered.

Other Comments/Rulings: _____

Query   Reports   Utilities   Help   What's New   Log Out

CLOSED

# U.S. District Court
# Eastern District of New York (Brooklyn)
# CRIMINAL DOCKET FOR CASE #: 1:19-mj-00332-SJB All Defendants

Case title: USA v. Brown

Date Filed: 04/12/2019
Date Terminated: 04/12/2019

Assigned to: Magistrate Judge Sanket J. Bulsara

### Defendant (1)

**Stephen Brown**
*TERMINATED: 04/12/2019*

represented by **Steven Lloyd Brounstein**
Steve L. Brounstein, PLLC
32 Court Street, Suite 408
Brooklyn, NY 11201
718-875-5700
Fax: 718-625-6837
Email: sbattylaw@gmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Pending Counts**                                              **Disposition**
None

**Highest Offense Level (Opening)**
None

**Terminated Counts**                                           **Disposition**
None

**Highest Offense Level (Terminated)**
None

**Complaints**                                                  **Disposition**
None

**Plaintiff**

USA                          represented by   **Jonathan Siegel**
U.S. Attorney's Office
Eastern District of New York
271-A Cadman Plaza East
Brooklyn, NY 11201
718-254-7000
Email: jonathan.siegel@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Government Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/12/2019 | 1 | RULE 40 AFFIDAVIT / Removal complaint to the District of Arizona by USA as to Stephen Brown (Yuen, Sui-May) (Entered: 04/12/2019) |
| 04/12/2019 | 2 | Minute Entry for proceedings held before Magistrate Judge Sanket J. Bulsara:Initial Appearance in Rule 5(c)(3) Proceedings as to Stephen Brown held on 4/12/2019 (FTR Log #2;30-2;52.) AUSA Jonathan Siegel present. Defendant present w/ retain counsel Steven Brounstein. Clerk SM Yuen - Defendant arraigned on a removal complaint to the District of Arizona. Defendant released on a consent bond of 1 million dollar with conditions. Defendant and 4 sureties given bail warnings and signed bond. Defendant waived identity hearing. (Yuen, Sui-May) (Entered: 04/12/2019) |
| 04/12/2019 | 3 | WAIVER of Rule 5(c)(3) Hearing by Stephen Brown (Yuen, Sui-May) (Entered: 04/12/2019) |
| 04/12/2019 | 4 | ORDER Setting Conditions of Release as to Stephen Brown (1) $1,000,000 bond. Ordered by Magistrate Judge Sanket J. Bulsara on 4/12/2019. (Yuen, Sui-May) (Entered: 04/12/2019) |
| 04/12/2019 | 5 | REDACTION by USA as to Stephen Brown to 4 1 - Sealed Document CR, Order Setting Conditions of Release (Yuen, Sui-May) (Entered: 04/12/2019) |
| 04/12/2019 | 6 | Notice to Arizona of a Rule 5 or Rule 32 Initial Appearance as to Stephen Brown. Docket sheet and documents attached. (If you require certified copies of any documents, please send a request to [InterDistrictTransfer_NYED@nyed.uscourts.gov]. If you wish to designate a different email address for future transfers, send your request to InterDistrictTransfer_TXND@txnd.uscourts.gov.) (Yuen, Sui-May) (Entered: 04/12/2019) |